# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICK GREY

NO.  2021 CW 0481

VERSUS

MAGNOLIA FLEET, LLC

**JULY 06, 2021**

---

In Re:     Magnolia Fleet, LLC, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 132986.

---

**BEFORE:    CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.**  The court's March 29, 2021 judgment granting the Motion to Strike Jury Trial filed by plaintiff, Rick Grey ("Grey"), is reversed.  Defendant, Magnolia Fleet, LLC ("Magnolia"), timely filed its own demand for jury trial, after the filing of Grey's Motion to Strike Jury Trial. See La. Code Civ. P. art. 1733.  We find Magnolia timely paid the cash deposit "no later than thirty days prior to trial," pursuant to La. Code Civ. P. art. 1734.1.  The right of a litigant to a jury trial is fundamental in character, and the courts will indulge every presumption against a waiver, loss, or forfeiture thereof.  See **Berrigan v. Deutsch, Kerrigan & Stiles, LLP**, 2004-0189 (La. 3/26/04), 871 So.2d 332.  Therefore, the plaintiff's Motion to Strike Jury Trial is denied.  The trial court is ordered to reinstate the jury trial.

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT